UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

ALEXIS JIMINIAN, ET AL.,

                Plaintiffs,

- against -

KIMONS MOVING INC., ET AL.,

                Defendants.
───────────────────────────────────────

23-cv-1171 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Rule 26(f) report by **April 29, 2023.**

**SO ORDERED.**

Dated:    New York, New York
            April 15, 2023

                                                _____
                                                  John G. Koeltl
                                             **United States District Judge**